UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Bankruptcy No. 12 B 11474 |
| CHARLES JOHN SCHAEFER, III and ) | |
| DRAGANA DJINOVIC, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ) | Honorable Donald R. Cassling |
| ) | |
| ) | |

## FINAL PRETRIAL ORDER

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare **and file** with the court on or before January 21, 2013, **a joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds; and
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

On or before January 21, 2013, each party will provide all other parties a copy, and the court **two** copies, of all exhibits to be used at trial. Each exhibit shall be pre-marked, e.g., "Plaintiff's Exhibit 1." Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

All dispositive motions, including summary judgment motions, must be fully briefed and

be set for hearing not less than sixty (60) days before trial date.

Trial is set for January 28, 2013 at 10:00 a.m. in Courtroom 619, 219 South Dearborn Street, Chicago, Illinois, 60604.

**ENTERED:**

DATE: Nov. 2, 2012

Donald R. Cassling
**United States Bankruptcy Judge**